**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 03-6786

---

RONALD G. BAILEY-EL,

                                        Plaintiff - Appellant,

        versus

THOMAS CORCORAN, Warden; JAMES SMITH, Security
Chief,

                                        Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Deborah K. Chasanow, District Judge.  (CA-
00-803-DKC)

---

Submitted:  July 24, 2003              Decided:  July 31, 2003

---

Before MICHAEL and MOTZ, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Ronald G. Bailey-El, Appellant Pro Se.  John Joseph Curran, Jr.,
Attorney General, Stephanie Judith Lane Weber, OFFICE OF THE
ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Ronald G. Bailey-El seeks to appeal the district court's order denying relief on his claims filed under the Civil Rights Act, 42 U.S.C. § 1983 (2000), and the Religious Land Use and Institutionalized Persons Act, 42 U.S.C.A. §§ 2000cc to 2000cc-5 (West Supp. 2003). This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders. 28 U.S.C. § 1292 (2000); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). Although the district court administratively closed Bailey-El's case when it consolidated his case with those filed by other inmates, his co-plaintiffs' actions are still pending. Only once those claims have been adjudicated may this court assert appellate jurisdiction. See Robinson v. Parke-Davis & Co., 685 F.2d 912, 913 (4th Cir. 1982) (holding that order not final if it disposes of "fewer than all the claims or the rights and liabilities of fewer than all the parties"). Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2